```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────
HORACE PARKER,

                        Plaintiff,        20cv2655 (JGK)

        - against -                       ORDER

CHASE BANK USA NATIONAL ASSOCIATION
et al.,

                        Defendants.
─────────────────────────────────────────
```

JOHN G. KOELTL, District Judge:

   The parties are directed to submit a Rule 26(f) report by May 22, 2020.

SO ORDERED.

Dated:   New York, New York
         May 12, 2020              ___/s/ John G. Koeltl_____
                                      John G. Koeltl
                                   United States District Judge