UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Horace Parker,<br><br>Plaintiff,<br><br>– against–<br><br>Chase Bank (USA), National Association and Experian Information Solutions, Inc.,<br><br>Defendant(s). | Case No. 1:20-cv-02655-JGK<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT CHASE BANK (USA), NATIONAL ASSOCIATION ONLY** |

Plaintiff Horace Parker, by counsel, and Defendant JPMorgan Chase Bank, N.A. ("Chase"), incorrectly named as Chase Bank (USA), National Association, by counsel, having filed their Stipulation Of Dismissal Without Prejudice Between Plaintiff And Chase, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Horace Parker against Chase are dismissed, without prejudice. Plaintiff Horace Parker and Chase shall each bear their own costs and attorneys' fees.

Date: __July 21, 2020_____    _____/s/ John G. Koeltl_____
JUDGE, United States District Court,
Southern District of New York