# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Horace Parker,<br><br>Plaintiff,<br><br>– against–<br><br>Chase Bank (USA), National Association and Experian Information Solutions, Inc.,<br><br>Defendant(s). | Case No. 1:20-cv-02655-JGK<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Horace Parker, by counsel, and Defendant Experian Information Solutions, Inc., by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Experian Information Solutions, Inc., AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Horace Parker against Defendant Experian Information Solutions, Inc. are dismissed, with prejudice. Plaintiff Horace Parker and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.

Date: 10/15/20

JUDGE, United States District Court,
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/16/2020